**Opinion issued December 17, 2015**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-15-00959-CR

———————————

## MICHAEL JASON GUYNES, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 177th District Court**
**Harris County, Texas**
**Trial Court Case No. 1463014**

## MEMORANDUM OPINION

Appellant, Michael Jason Guynes, appeals his conviction for the offense of robbery. On December 9, 2015, Guynes filed a motion to dismiss his appeal. No decision has been handed down in this case. Accordingly, we grant the motion and

dismiss the appeal.  *See* TEX. R. APP. P. 42.2(a).  Any pending motions are denied as moot.

## PER CURIAM

Panel consists of Justices Higley, Huddle, and Lloyd.

Do not publish.  TEX. R. APP. P. 47.2(b).